IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CASE NO: 3:19-cv 343

FILED
CHARLOTTE, NC

JUL 18 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Heritage Park Housing Partners LP

vs.

Jamecia Pless

Notice of Removal

I Jamecia Teiony Pless is requesting a Notice Of Removal 7/18/2019, 6/28/2019 ~~00/00/2019~~ Stephanie Richmond Heritage Park Apartments Attorney/ Agent filed a judgement saying I owe 1,630.00 when this is false heritage Apartments owe me 7,884.00 for taking money from the federal Government using LIHTC (Low income housing tax credit) And not giving me the benefits I deserve as a single mom of two kids with no job on government assistance a victim of being rent burden by the company Mecklenburg county judge 3 lawyers Legal Aid lawyers. What they are doing is wrong I've researched the information and its time for them to stop trying to take advantage of me and kick me and my two sons out on the street. Please help me re move this case immediately. I filed July 12, 2019 US district court western district of NC against Heritage Park Apartments As well as Elizabeth Johnson, Tamika Clark, Mariah Manus, Legal Aid Charlotte Walker, Kimberly Connor 3 Stephanie Richmond as they are comitting a serious crime I want to help the federal Government help me.

| STATE OF NORTH CAROLINA | File No. 19 cvm 7863 |
|---|---|
| MECKLENBURG County | In The General Court Of Justice<br>District Court Division - Small Claims |

**Plaintiff(s)**
Heritage Park Housing Partners LP

dba Heritage Park Apartments

## MAGISTRATE SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rule 4; 7A-217, -232

**VERSUS**

**Defendant(s)**
Jamecia Pless

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

| TO | TO |
|---|---|
| Name And Address Of Defendant 1<br>Jamecia Pless<br>7008 Snow Lane<br>Apt H<br>CHARLOTTE   NC   28227 | Name And Address Of Defendant 2 |

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time, and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial<br>7/12/2019 | Time Of Trial<br>9:00  ☒ AM  ☐ PM | Location Of Court<br>832 E. 4th St., Courtroom 2330, Charlotte, NC |
|---|---|---|
| Name And Address Of Plaintiff Or Plaintiff's Attorney<br>Heritage Park Housing Partners LP d/b/a Heritage Park Apartments<br>7100 Snow Ln<br>Charlotte   NC   28227 | | Date Issued 7-1-19<br>Signature: Joanne Brown<br>☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

(Over)

AOC-CVM-100, Rev. 10/14
© 2014 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | Jamecia Pless |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

**FOR USE IN SUMMARY EJECTMENT CASES ONLY:**

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises:

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Deputy Sheriff Making Return (type or print) |
| | |
| Date Of Return | County Of Deputy Sheriff Making Return |
| | |

AOC-CVM-100, Side Two, Rev. 10/14
© 2014 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division-Small Claims

File No.

**COMPLAINT IN SUMMARY EJECTMENT**

G.S. 7A-216, 7A-232; Ch. 42, Art. 3 and 7

Name And Address Of Plaintiff
Heritage Park Housing Partners LP
dba Heritage Park Apartments
5100 Snow Ln
Charlotte NC 28227
County: MECKLENBURG
Telephone No. (704)536-3924
[x] Individual [ ] Corporation

**VERSUS**

Name And Address Of Defendant 1
Jamecia Pless
7008 Snow Lane
Apt H
CHARLOTTE NC 28227
County: MECKLENBURG
Telephone No.
[x] Individual [ ] Corporation

Name And Address Of Defendant 2

Telephone No.
County:
[ ] Individual [ ] Corporation

[x] Conventional
[ ] Public Housing
[ ] Section 8

Type Of Lease
[ ] Oral [x] Written

1. The defendant is a resident of the county named above.
2. The defendant entered into possession of premises described below as a lessee of plaintiff.

Description Of Premises (Include Location)
7008 Snow Lane, Apt H, CHARLOTTE, NC 28227

Rate Of Rent (tenant's share): $ 815.00 per [x] Month [ ] Week
Date Rent Due: 05/01/2019
Date Lease or Possession Terminated: 12/21/2019

3. [ ] The defendant failed to pay the rent due on the above date and the plaintiff made demand for the rent and waited the 10-day grace period before filing the complaint.
   [ ] The lease period ended on the above date and the defendant is holding over after the end of the lease period.
   [x] The defendant breached the condition of the lease described below for which re-entry is specified.
   [ ] Criminal activity or other activity has occurred in violation of G.S. 42-63 as specified below.

Description Of Breach/Criminal Activity (give names, dates, places and illegal activity)
Failure to pay monthly rent when due/in full, from the date above through the hearing date.

4. The plaintiff has demanded possession of the premises from the defendant, who has refused to surrender it, and the plaintiff is entitled to immediate possession.
5. Pursuant to G.S. 42-28, Plaintiff hereby omits any claim for rents or damages and is seeking possession of the premises only. Plaintiff reserves the right to seek any monetary damages in a separate civil action.

Description Of Any Property Damage

Amount Of Damage (If Known): $ CLAIMS RESERVED
Amount of Rent Unpaid: $ 1,630.00
Total Amount Due: $ [x] POSSESSION ONLY

6. Plaintiff therefore requests to be put in possession of the Premises.

Date: 6/28/2019
Name Of Plaintiff/Attorney/Agent (Type Or Print): Stephanie Richmond
Signature Of Plaintiff/Attorney/Agent: Stephanie Richmond

**CERTIFICATION WHEN COMPLAINT SIGNED BY AGENT OF PLAINTIFF**

I certify that I am an agent of the plaintiff and have actual knowledge of the facts alleged in this Complaint.

Date: 6/28/2019
Name Of Agent (Type Or Print):
Signature Of Agent:

Name And Address Of Plaintiff's Attorney Or Agent
Stephanie Richmond
Loebsack & Brownlee, PLLC
PO Box 30247
Charlotte NC 28230
(704)970-3900

AOC-CVM-201, As Revised by Counsel for Plaintiff
(Over)

Case 3:19-cv-00343-RJC-DCK    Document 1    Filed 07/18/19    Page 5 of 8

# INFORMATION FOR PARTIES TO THE CASE

1. The PLAINTIFF must file a small claim action in the county where at least one of the defendants resides.

2. The PLAINTIFF cannot sue in small claims court for more than $10,000.00 excluding interest and costs unless further restricted by court order. Also, in a subsidized housing case (involving a Section 8 voucher or a Housing Authority program) the "Rate of Rent" box should only show the rent amount the Tenant personally pays. If the PLAINTIFF has listed the full Rent amount, the Tenant has the right to ask the Court to make its ruling based only on their portion of the Monthly Rent.

3. The PLAINTIFF must show the complete name and address of the defendant to ensure service on the defendant. If there are two defendants and they reside at different addresses, the plaintiff must include both addresses. The plaintiff must determine if the defendant is a corporation and sue in the complete corporate name. If the business is not a corporation, the plaintiff must determine the owner's name and sue the owner.

4. The PLAINTIFF may serve the defendant(s) by mailing a copy of the summons and complaint by registered or certified mail, return receipt requested, addressed to the party to be served or by paying the costs to have the sheriff serve the summons and complaint. If certified or registered mail is used, the plaintiff must prepare and file a sworn statement with the Clerk of Superior Court proving service by certified mail and must attach to that statement the postal receipt showing that the letter was accepted.

5. The PLAINTIFF must pay advance court costs at the time of filing this Complaint. In the event that judgment is rendered in favor of the plaintiff, court costs may be charged against the defendant.

6. The PLAINTIFF must appear before the magistrate to prove his/her claim.

7. Each DEFENDANT has the right to appear in Court at the time and place noted on the Summons, and to present their case, and any defenses, to the Magistrate. The DEFENDANT may also file a written Answer, making note of their responses to the numbered paragraphs of the Complaint and noting any defenses to the claims against them. Any written response should be filed at the Courthouse with the office of the Clerk of Court. Any written response filed with the Court should be filed in duplicate, and a copy should be provided to the Plaintiff no later than the time set for the hearing of the case. NOTE: The filing of a written response DOES NOT relieve a Defendant of the need to appear at the hearing to assert any/all defenses to the Plaintiff's claims.

8. Requests for continuances of cases before the magistrate may be granted for good cause shown and for no more than five (5) days per continuance unless the parties agree otherwise.

9. The magistrate will render judgment on the date of hearing unless the parties agree otherwise, or the case is complex as defined in G.S. 7A-222, in which case the decision is required within five (5) days.

10. The PLAINTIFF or the DEFENDANT may appeal the magistrate's decision in this case. To appeal, notice must be given in open court when the judgment is entered, or notice may be given in writing to the Clerk of Superior Court within ten (10) days after the judgment is entered. If notice is given in writing, the appealing party must also serve written notice of appeal on all other parties. The appealing party must PAY to the Clerk of Superior Court the costs of court for appeal within ten (10) days after the judgment is entered. If the appealing party applies to appeal as an indigent, and that request is denied, that party has an additional five (5) days to pay the court costs for the appeal.

11. If the defendant appeals and wishes to remain on the premises the defendant must also post a stay of execution bond within ten (10) days after the judgment is entered. In the event of an appeal by the tenant to district court, the landlord may file a motion to dismiss that appeal under G.S. 7A-228(d). The court may decide the motion without a hearing if the tenant fails to file a response within ten (10) days of receipt of the motion.

12. Following a Tenant's request made within seven (7) days after the Landlord is placed in lawful possession of the Premises, the Landlord must release all remaining personal property to the Tenant. Once the Landlord has been placed in lawful possession of the Premises by execution of a Writ and has offered to release the Tenant's property, if the Tenant fails to retrieve any personal property during the Landlord's regular business hours within seven(7) days after execution of the Writ, the landlord may throw away, dispose of, or sell the property in accordance with the provisions of G.S. 42-25.9(g). If the Tenant's personal property is sold, the Landlord must disburse any excess proceeds to the Tenant upon request within seven (7) days following the sale. If the total value of the Tenant's personal property remaining in the Premises is less than $500.00, however, it is deemed abandoned five (5) days after execution of the Writ unless the Tenant requests, before the end of the five-day period, that the personal property be released to the Tenant, in which case the Landlord must release possession of the personal property to the Tenant during regular business hours or at a different time the parties have agreed upon.

13. Victims of Domestic Violence, Sexual Assault and Stalking are protected under G.S. 42-42.2 from having their tenancy terminated substantially on their status as a victim of any of those events; if you believe the claims against you violate this prohibition, you should consult an attorney, a domestic violence victims' rights organization, or simply advise the Court at the time of the hearing on your case.

14. **The Clerk or magistrate cannot advise you about your case or assist you in completing this form. If you have any questions, you should consult an attorney.**

AOC-CVM-201, Side Two, As Revised by Counsel for Plaintiff

Case 3:19-cv-00343-RJC-DCK   Document 1   Filed 07/18/19   Page 6 of 8

# STATE OF NORTH CAROLINA

____MECKLENBURG____ County

File No. 19 cvm 17813

In The General Court Of Justice
District Court Division - Small Claims

**Plaintiff(s)**
Heritage Park Housing Partners LP

dba Heritage Park Apartments

## MAGISTRATE SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rule 4; 7A-217, -232

**VERSUS**

**Defendant(s)**
Jamecia Pless

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**TO**
Name And Address Of Defendant 1
Jamecia Pless
7008 Snow Lane
Apt H
CHARLOTTE    NC    28227

**TO**
Name And Address Of Defendant 2

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time, and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| Date Of Trial | Time Of Trial | | | Location Of Court |
|---|---|---|---|---|
| 7/12/2019 | 9:00 | ☒ AM | ☐ PM | 832 E. 4th St., Courtroom 2330, Charlotte, NC |

Name And Address Of Plaintiff Or Plaintiff's Attorney
Heritage Park Housing Partners LP d/b/a Heritage Park Apartments
7100 Snow Ln

Charlotte    NC    28227

Date Issued: 7-1-19

Signature: Joanne Brown

☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

(Over)

## RETURN OF SERVICE

I certify that this summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | Jamecia Pless |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (if corporation, give title of person copy left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

**FOR USE IN SUMMARY EJECTMENT CASES ONLY:** ☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises:

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

*Address Of Premises Where Posted*

| Service Fee $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Deputy Sheriff Making Return (type or print) |
| Date Of Return | County Of Deputy Sheriff Making Return |

AOC-CVM-100, Side Two, Rev. 10/14
© 2014 Administrative Office of the Courts

Case 3:19-cv-00343-RJC-DCK    Document 1    Filed 07/18/19    Page 8 of 8